**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Donald Runnels
P. O. BOX 1056
DeQuincy LA 70633

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on January 24, 2024

### REHEARING ACTION: January 24, 2024

**Docket Number: 23   00370-KH**

**STATE OF LOUISIANA**
**VERSUS**
**DONALD RUNNELS**

**Writ Application from Allen Parish Case No. 2010-5578**

**BEFORE JUDGES:**

> **Hon. Sharon Darville Wilson**
> **Hon. Charles G. Fitzgerald**
> **Hon. Wilbur L. Stiles**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Donald Runnels** is:

> **REHEARING DENIED.**  *See* Uniform Rules—Courts of Appeal,
> Rule 2-18.7.

cc: Hon. Joe Green, Counsel for  the Respondent